UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEBRA AND RONALD MOON,** : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. **5:11-CV-180** |
| v. : | |
| : | |
| **MAYOR CHARLES BROWN AND THE** : | |
| **CITY OF JACKSON, GEORGIA,** : | |
| : | |
| Defendants. : | |

### DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, Defendant Brown hereby appeals to the United States Court of Appeals for the Eleventh Circuit the March 29, 2013 Order denying Defendants' Motion for Summary Judgment based on qualified immunity.

Pursuant to Mitchell v. Forsyth, 472 U.S. 511, 530 (1985), an order from a federal district court denying summary judgment based on qualified immunity is subject to direct appeal as if it were a final order, and is governed by 28 U.S.C. § 1291.

Further, Defendant City of Jackson hereby requests that the United States Court of Appeals for the Eleventh Circuit exercise its pendant appellate jurisdiction to consider the district court's denial of Defendants' Motion for Summary Judgment as it applies to the claims against the City of Jackson. Pursuant to Swint v. Chambers County Comm'n, 514 U.S. 35, 115 S. Ct. 1203, 131 L. Ed. 2d 60 (1995), a circuit court of appeals may consider an otherwise unappealable ruling where that ruling is "inextricably intertwined" with the appealable ruling or if review of the non-appealable ruling is necessary to ensure meaningful review of the appealable one. See Flag Co., Inc. v. Chan, 454 F. App'x 776, 778 (11th Cir. 2011).

Respectfully submitted this 17th day of April, 2013.

/s/Thomas Richardson
THOMAS F. RICHARDSON
State Bar No. 604325

/s/ Joseph D. Stephens
Joseph D. Stephens
State Bar No. 719383
Attorneys for Defendants

CHAMBLESS, HIGDON, RICHARDSON,
 KATZ & GRIGGS, LLP
3920 Arkwright Road, Ste. 405
P.O. Box 18086
Macon, GA 31209-8086

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Gerald Weber
        P.O. Box 5391
        Atlanta, GA 31107
        wgerryweber@gmail.com

         -Attorney for Plaintiffs


        /s/ Thomas F. Richardson
        Thomas F. Richardson
        State Bar No. 604325

CHAMBLESS, HIGDON, RICHARDSON,
 KATZ & GRIGGS, LLP
3920 Arkwright Road, Ste. 405
P.O. Box 18086
Macon, GA 31209-8086