IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

---

| | |
|---|---|
| DEBRA AND ROBERT MOON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File |
| ) | No.: 5-11-cv-180 (CAR) |
| vs. ) | |
| ) | |
| MAYOR CHARLES BROWN, ) | |
| in his official and individual capacity ) | |
| and CITY OF JACKSON, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

---

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs DEBRA AND RONALD MOON and hereby notifies this Court that the parties have reached a settlement in the above referenced matter. The case may be dismissed with prejudice as per the terms of the agreement.

Respectfully submitted this 29th day of August, 2013.

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Phone: (404) 522-0507
wgerryweber@gmail.com

/s/ Craig Goodmark
Craig Goodmark
Georgia Bar No. 301428

Goodmark Law Firm 209 B
Swanton Way Decatur,
Georgia 30303
(404) 719-4848
cgoodmark@gmail.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

---------------------------------------------------------
DEBRA AND RONALD MOON, )
)
    Plaintiffs, )
) Civil Action File
) No.: 5-11-cv-180 (CAR)
vs. )
)
MAYOR CHARLES BROWN, )
in his official and individual capacity )
and CITY OF JACKSON, GEORGIA, )
)
Defendants. )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served by email a copy of

NOTIC OF SETTLEMENT upon the following counsel for defendants:

    Tom Richardson:    TRichardson@chrkglaw.com

    Jon Travis Hall:    thall@chrkglaw.com

  DATED:    This 29th day of August, 2013.

                                /s/ Gerald Weber
                                Gerald Weber
                                Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Phone: (404) 522-0507

[wgerryweber@gmail.com](mailto:wgerryweber@gmail.com)