# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**Deborah Moon, et al.,**

      **Plaintiff,**

**vs.**                          **Case No. 5:11-cv-180(CAR)**

**Mayor Charles Brown, et al.,**

      **Defendants.**

## SETTLEMENT ORDER

The Court has been advised by counsel for the parties that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this the 5th day of September, 2013.

                          **S/   C. Ashley Royal**
                          **C. ASHLEY ROYAL, Judge**
                          **United States District Court**